UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. 5:20-CR-01807-02 |
| CARLOS DOMINGUEZ | | |

### FACTUAL STATEMENT IN SUPPORT OF PLEA AGREEMENT

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas and José Angel Moreno, Assistant United States Attorney, and the defendant, **CARLOS DOMINGUEZ** and the defendant's counsel, hereby stipulate as follows:

I.

If this case proceeded to trial, the United States of America would prove each element of the offense beyond a reasonable doubt. The following facts, among others, would be offered to establish the Defendant's guilt:

II.

The Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) in Laredo, Texas received a referral form the Houston Crime Gun Intelligence Center regarding the multiple firearms purchases on January 22, 2019 by Jasmin ORTIZ (ORTIZ) of Laredo, Texas. Their investigation revealed that ORTIZ purchased two firearms from Academy Sports & Outdoors #73 on January 22, 2019. The firearms were: 1) **a Smith and Wesson, Model SD40VE, .40 caliber pistol, S/N FBF0429** and 2) **a Smith and Wesson, Model SD40VE, .40 caliber pistol, S/N FZZ2078**. An additional e-trace on ORTIZ revealed she had also purchased two additional firearms on November 21, 2018. Those firearms were: 1) **a Smith and Wesson, Model SD40VE, .40 caliber pistol, S/N**

FZX8549 and 2) **a Smith and Wesson, Model SD9VE, 9mm pistol, S/N FZT8466**. A check with Academy's Compliance Coordinator, revealed two additional firearms purchased by ORTIZ on December 16, 2018. Those firearms were: 1) **a SCCY Industries, Model CPX-2, 9mm pistol, S/N 0110880643** and 2) **a SCCY Industries, Model CPX-2, 9mm pistol, S/N 0108653521**. ATF obtained surveillance video for the purchases on January 22, 2019. The video depicts ORTIZ entering the Academy store with a male subject later identified as **Carlos Alonso DOMINGUEZ (DOMINGUEZ)**.

On March 25, 2019, ATF interviewed ORTIZ. ORTIZ admitted she went to Academy to buy firearms on November 2018 with her boyfriend, **DOMINGUEZ**. She also admitted that the second time she went to purchase firearms, she was with **DOMINGUEZ**. On all three occasions she purchased firearms, ORTIZ claimed on ATF Forms 4473 that she was the actual buyer and not acquiring the firearms on behalf of another person. ORTIZ stated she bought the firearms for a person her boyfriend hangs around with called "Pirata". When confronted with the video from January 2019, ORTIZ admitted **DOMINGUEZ** told her what type of firearms to purchase and provided her the cash for them. ORTIZ told agents that after leaving Academy, they drove to Zapata Highway and delivered the firearms to "Pirata" at a tattoo shop. ORTIZ added that she was paid $100 each time she purchased firearms. ORTIZ also stated that **DOMINGUEZ** would get the cash for the firearms from "Pirata". ORTIZ admitted that **DOMINGUEZ** would not buy the firearms because he has a criminal record. ORTIZ told the agents she asked "Pirata" why he would not buy the guns himself, but neither he nor **DOMINGUEZ** would answer her. ORTIZ also admitted she lied about being the actual buyer on the ATF Form 4473s. The agents provided ORTIZ with a photo lineup, and ORTIZ identified the subject she knew as "Pirata" – Jose Antonio SANCHEZ, Jr.

On March 26, 2019, ATF Agents interviewed ORTIZ a second time. ORTIZ told the agents that during the first and second purchases of firearms at Academy, "Pirata" was with them. "Pirata" would go in and take a video of the firearms he wanted, and would show it to her in the parking lot before she went in to make the purchases.

On April 11, 2019, ATF Agents went to the Webb County Jail and interviewed **DOMINGUEZ**. **DOMINGUEZ** told the agents that "Pirata" asked ORTIZ in front of him if she would purchase firearms for "Pirata", because she had a clean record. When agents asked **DOMINGUEZ** why "Pirata" did not buy his own guns, **DOMINGUEZ** told the agents that "Pirata" has a bad record and is a felon. **DOMINGUEZ** told agents that "Pirata" has also asked him to purchase firearms, but **DOMINGUEZ** is also a convicted felon. **DOMINGUEZ** corroborated that "Pirata" would meet them at Academy and tell them what firearms to buy and give them the money purchase the firearms. He and ORTIZ would then deliver the firearms to "Pirata" at his tattoo shop on Zapata Highway.

On March 5, 2020, June 1, 2020, and August 28, 2020, ATF conducted an interstate nexus determination and determined that all six firearms were manufactured outside the State of Texas. SANCHEZ was convicted of transporting illegal aliens by motor vehicle for private financial gain in Cr. No. 5:02-CR-01231 on January 29, 2003.

Defendant, **CARLOS DOMINGUEZ,** hereby confesses and judicially admits that from at least **NOVEMBER 21, 2018 and continuing until on or about JANUARY 22, 2019**, he knowingly **conspired to commit offense against the United States or defraud the United States,** in violation of Title **18**, United States Code, Section **371 and 922(a)(6)**.

_____
**CARLOS DOMINGUEZ**
Defendant

APPROVED:

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____          _____
José Angel Moreno                              Claudia Valdez Balli
Assistant United States Attorney        Attorney for Defendant
Southern District of Texas
Telephone: (956) 723-6523
Email: Angel.Moreno@usdoj.gov